IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02180–WJM–KMT

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

    Plaintiff/Counter-Defendant,

v.

TREEFROG DEVELOPMENTS INC. d/b/a LIFEPROOF, a Delaware Corporation,

    Defendant/Counter-Claimant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of Defendant's Response consenting to Plaintiff's Motion (Doc. No. 21, filed Dec. 6, 2011), Plaintiff's Motion to File a First Amended Complaint (Doc. No. 18, filed Nov. 30, 2011) is GRANTED. The clerk of court is directed to file Plaintiff's First Amended Complaint (Doc. No. 18-1).

Dated: December 7, 2011