IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02180–WJM–KMT

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

    Plaintiff/Counter-Defendant,

v.

TREEFROG DEVELOPMENTS INC. d/b/a LIFEPROOF, a Delaware Corporation,

    Defendant/Counter-Claimant.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff Otter Products, LLC's Unopposed Motion for Leave to File Answer to Defendant's Counterclaims" (Doc. No. 106, filed Oct. 23, 2012) is GRANTED. The court finds that Plaintiff has demonstrated good cause pursuant to Fed. R. Civ. P. 6(b)(1) to file an answer to Defendant's counterclaims after the deadline for filing the same expired. The Clerk of Court is directed to file Plaintiff's Answer to Defendants' Counterclaims (Doc. No. 107-1).

Dated: October 24, 2012