#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### Judge William J. Martínez

Civil Action No. 11-cv-02180-WJM-KMT

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

TREEFROG Developments Inc., d/b/a LIFEPROOF, a Delaware Corporation

    Defendant.

---

### ORDER GRANTING STIPULATED MOTION TO STAY

---

This matter comes before the Court on the parties' Stipulated Motion for 75-Day Stay of Case, filed March 6, 2013 (ECF No. 148). The Court having reviewed the Motion and the applicable record hereby ORDERS as follows:

The parties' Stipulated Motion is GRANTED for good cause shown. This case is STAYED for 75 days, up to an including May 21, 2013, at which time the parties are DIRECTED to file a Status Report to apprise the Court of the progress of the Settlement Negotiations.

Dated this 7th day of March, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge