IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02180–WJM–KMT

(Consolidated with Civil Action No. 1:12-cv-03115-WJM-KMT)

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

    Plaintiff/Counter-Defendant,

v.

TREEFROG DEVELOPMENTS INC. d/b/a LIFEPROOF, a Delaware Corporation,

    Defendant/Counter-Claimant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant Lifeproof's Motion to Modify the Scheduling Order, for Additional *Markman* Argument, and for Leave to File Early Summary Judgment Motion" (Doc. No. 139, filed Feb. 26, 2013) is DENIED without prejudice.  Defendant may seek the same or similar relief if and when the stay of this matter is lifted.

Dated: March 7, 2013